UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:03-cr-3 |
| vs. | ) | |
| | ) | |
| | ) | COLLIER / CARTER |
| MATTHEW JOCK | ) | |

MEMORANDUM AND ORDER

MATTHEW JOCK ("Supervised Releasee") appeared for a hearing before the undersigned on July 26, 2013, in accordance with Rule 5 and Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition"). Those present for the hearing included:

(1) An Assistant United States Attorney for the Government;
(2) Supervised Releasee; and
(3) An Attorney with Federal Defender Services of Eastern Tennessee ("FDS") for the Supervised Releasee.

After being sworn in due form of law, Supervised Releasee was informed or reminded of his privilege against self-incrimination accorded him under the Fifth Amendment to the United States Constitution. It was determined that Supervised Releasee wished to be represented by an attorney and he qualified for appointed counsel. FDS was appointed to represent Supervised Releasee. It was also determined that Supervised Releasee had been provided with and reviewed a copy of the Petition.

The Government moved to detain Supervised Releasee. Thereafter, Supervised Releasee requested both a preliminary hearing and a detention hearing and for time until July 31, 2013 to prepare for said hearings. The U.S. Marshal shall transport Supervised Releasee to said hearings, which will be held before U.S. Magistrate Judge Carter, on **July 31, 2013 at 10:00 a.m.** Supervised Releasee shall be temporarily detained until said hearing as set forth in a separate order.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE