UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:03-cr-3 |
| vs. ) | |
| ) | COLLIER/CARTER |
| MATTHEW JOCK ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before U.S. Magistrate Judge Susan K. Lee on July 26, 2013, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Candace Lindsey and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier.

At the July 26, 2013, hearing, the Assistant United States Attorney for the Government moved to detain the defendant, and a preliminary hearing and detention hearing were set for July 31, 2013 before the undersigned. On July 30, 2013, the defendant filed a Notice of Waiver of Preliminary and Detention Hearings (Doc. 65). Therefore, based upon U.S. Probation Officer Lindsey's petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the Petition. It is ORDERED:

(1) The defendant shall appear in a revocation hearing before U.S. District Judge Curtis L. Collier

(2) The motion of the Assistant United States Attorney for the Government that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier on **Thursday, August 8, 2013, at 2:00 pm.**

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE